**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-1474**

———————

GEORGIA A. GREEN,

Plaintiff - Appellant,

versus

C. BRANSON VICKERY, III, State Elect District
Attorney; DAWN STROUD, Lenoir Clerk of Court;
STATE OF NORTH CAROLINA, Lenoir County Sheriff
Department; SHERIFF W.E. BILLY SMITH; CECIL
ERVIN HARPER, Sheriff; LIEUTENANT GARY
KORNEGAY; AUDRA B. WILLIAMS, H&H Drug Store;
TIM WARREN, The Flower Basket; LOUISE COX,
Lou-Ellen Boutique; MEREDITH CRAIG, Piggly
Wiggly #66; SHONICE WHITFIELD, Piggly Wiggly
#66,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington. James C. Fox, Senior
District Judge. (4:06-cv-00181-F)

———————

Submitted: December 13, 2007      Decided: December 17, 2007

———————

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Georgia A. Green, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Georgia A. Green appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Green v. Vickery</u>, No. 4:06-cv-00181-F (E.D.N.C. Feb. 1, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>